ACCEPTED
14-14-00332-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 2:08:49 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-332-CV

_____

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/9/2015 2:08:49 PM

CHRISTOPHER A. PRINE
Clerk

_____

RAMIRO NAJERA,
*Appellant*

v.

RECANA SOLUTIONS, LLC,
*Appellee*

_____

On Appeal from the
149th Judicial District Court
Brazoria County, Texas

_____

**NOTICE OF CHANGE OF ADDRESS**
_____

TO THE HONORABLE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS AT HOUSTON:

Douglas C. Bracken, counsel for the Appellee, Recana Solutions, LLC, files this Notice of Change of Address and requests that all future correspondence should be sent to its counsel at the following address:

**NOTICE OF CHANGE OF ADDRESS**                                      **PAGE 1**

Douglas C. Bracken
Scheef & Stone, LLP
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Phone: 214-706-4217
Fax: 214-706-4242
douglas.bracken@solidcounsel.com

Respectfully submitted,

/s/ Douglas Bracken
Douglas C. Bracken
Texas Bar No. 00783697
Scheef & Stone, LLP
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Phone: 214-706-4217
Fax: 214-706-4242
douglas.bracken@solidcounsel.com
**ATTORNEY FOR APPELLEE**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading was served on counsel for Appellant, Savannah Robinson, in accordance with the Texas Rules of Appellate Procedure on March 9, 2015 via electronic service and fax 972-922-8857.

/s/ Douglas Bracken
Douglas C. Bracken